**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

v.                                  Case No:  8:12-CV-2465-T-30TGW

DOES 1-71 and JOHN DOE 52,

    Defendants.
_____/

## ORDER

    THIS CAUSE comes before the Court upon consideration of the Report and Recommendation submitted by Magistrate Judge David A. Baker (Dkt. 9).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted in part.  The Report and Recommendation is approved in all aspects except that Defendant Doe 52 shall remain instead of Defendant Doe 1.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 9) of the Magistrate Judge is adopted in part as discussed above and is made a part of this Order for all purposes, including appellate review.

2. Defendant Does 1 through 51 and 53 through 71 are DISMISSED without prejudice to Plaintiff to refile separate actions within fourteen (14) days of the date of this Order against as many of the Defendants as Plaintiff wishes to pursue, with a new filing fee to be paid as to each Defendant.

3. Defendant Doe 52 shall remain in this action.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2465.adopt 9.wpd